## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**ROBERT MARTIN BARRITT,**

      **Plaintiff,**

**v.**                                 **Civil No. 1:07cv107**
                                            **(Judge Keeley)**

**BOB NEY,**

      **Defendant.**

### ORDER DENYING MOTION TO DISQUALIFY JUDGE

On August 9 2007, the *pro se* plaintiff filed a civil rights complaint.  In addition, he filed a

Motion to Disqualify Judge Stamp from "any consideration of this action."  In support of the motion,

he filed several affidavits and a document he titles as evidence.

Because this matter has been assigned to the Honorable Irene M. Keeley, Chief Judge, it is

hereby ORDERED that the plaintiff's Motion to Disqualify Judge Stamp   (dckt. 2) be **DENIED** as

moot.

    **IT IS SO ORDERED.**

The Clerk of the Court is directed to provide a copy of this Order to the pro se plaintiff.

DATED: August 22, 2007.

                                   /s/ James E. Seibert
                                   JAMES E. SEIBERT
                                   UNITED STATES MAGISTRATE JUDGE